IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE HAYNES, On behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, LLC, Inc.; RESURGENT CAPITAL SERVICES, LP, PYOD, LLC,<br><br>Defendants. | 4:14CV3130<br><br>MEMORANDUM AND ORDER |

After reviewing the parties' filings, (Filing Nos. 7, 8, 13, 14, 16, and 17);

IT IS ORDERED:

1) The plaintiff's motion, (Filing No. 13), is granted.

2) Defendants' Offer of Judgment, (Filing No. 10), is stricken from the court's docket, but nonetheless remains operative to the extent allowed under Rule 68 of the Federal Rules of Civil Procedure.

3) Briefing on the plaintiff's motion to certify a class, (Filing No. 7), is stayed pending further order of the court.

4) Counsel for the parties shall confer and, on or before **August 21, 2014**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

5) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **August 14, 2014**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

July 14, 2014.                                    BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge