IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE HAYNES, On behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, LLC, Inc.; RESURGENT CAPITAL SERVICES, LP, PYOD, LLC,<br><br>Defendants. | 4:14CV3130<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) No formal discovery will be conducted pending further order of the court.

2) On or before September 8, 2014, the parties shall:

- discuss what information they respectively need at this time to consider whether this case can be settled without substantial discovery and incurring the related costs and fees;

- provide to the court a listing of the discovery needed to determine if the case is suitable for early settlement; and

- advise the court regarding when such discovery can be reasonably compiled and produced.

3) The parties are advised that the court will consider the terms of this order when deciding any request for attorney fees in this case.

August 29, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge